State of New York
Supreme Court, Appellate Division
Third Judicial Department

Decided and Entered:  December 15, 2016                    522475
_____

In the Matter of JUAN ESCOBAR,
                    Appellant,
        v                                    MEMORANDUM AND ORDER

NEW YORK STATE BOARD OF PAROLE,
                    Respondent.
_____

Calendar Date:  October 25, 2016

Before:  Peters, P.J., Egan Jr., Lynch, Devine and Clark, JJ.

_____

        Juan Escobar, Woodbourne, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Kathleen M. Treasure of counsel), for respondent.

_____

        Appeal from a judgment of the Supreme Court (LaBuda, J.), entered January 25, 2016 in Sullivan County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent denying petitioner's request for parole release.

        Petitioner was convicted, upon his guilty plea, of murder in the second degree and sentenced to 17 years to life in prison. He is a native of El Salvador and is subject to a deportation order.  In November 2014, petitioner made his first appearance before respondent seeking to be released to parole supervision. Respondent denied his request and ordered him to be held for an additional 24 months, which was upheld on administrative appeal. Petitioner then commenced this CPLR article 78 proceeding and, following joinder of issue, Supreme Court dismissed the petition. Petitioner now appeals.

This Court has confirmed that, while this appeal was pending, petitioner reappeared before respondent and was again denied parole release.  As a result, this appeal is now moot and must be dismissed (see Matter of Thompson v Department of Corr. & Community Supervision, 140 AD3d 1516, 1516 [2016]; Matter of Walker v Annucci, 138 AD3d 1334, 1334 [2016]).

Peters, P.J., Egan Jr., Lynch, Devine and Clark, JJ., concur.

ORDERED that the appeal is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court